UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NEIL RUSSO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:18-cv-799 |
| | ) |
| PLANET FORWARD, LLC d/b/a | ) |
| PLANET FORWARD ENERGY | ) |
| SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

1. Plaintiff, Neil Russo ("Russo"), brings this action against Defendant, Planet Forward, LLC d/b/a Planet Forward Energy Solutions, LLC ("Defendant"), for unlawfully violating his rights as protected by the Fair Labor Standards Act ("FLSA"), as amended.

## PARTIES

2. Russo resided within the Northern District of Indiana when working for Defendant. He currently resides in Pennsylvania.

3. Defendant operated, worked, and conducted business within the Northern District of Indiana in 2016, 2017, and 2018.

## JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331; 42 U.S.C. § 1988; and 29 U.S.C. §216(b).

5. Russo was an "employee" within the meaning of 29 U.S.C. §203(e).

6. Defendant is an "employer" within the meaning of 29 U.S.C. §203(d).

7. Venue is proper in this Court.

**FACTUAL ALLEGATIONS**

8. Defendant hired Russo for the position of Lead QC Inspector/Manager on or about December 9, 2016.

9. Russo's hourly wage rate was $70.00 from on or about December 9, 2016, to on or about February 14, 2017.

10. Russo's hourly wage rate was $65.00 from on or about February 14, 2017, to in or about January 2018.

11. Defendant did not pay a weekly salary of at least $455 to Russo.

12. Russo's primary duty did not include performing office or non-manual work.

13. Russo routinely and regularly worked more than 40 hours each week.

14. Russo routinely and regularly worked overtime hours each week.

15. Russo worked hundreds of hours of overtime at the $70.00 hourly wage rate.

16. Russo worked hundreds of hours of overtime at the $65.00 hourly wage rate.

17. The overtime hours worked by Russo constituted work performed for Defendant and served as a measurable benefit to Defendant.

18. Defendant did not pay overtime rates to Russo for all hours worked by him in excess of 40 per week.

19. Defendant did not pay the half time overtime rate to Russo.

20. Defendant paid only the straight hourly wage rate to Russo for all hours worked by him above 40 per week.

21. Russo has suffered injury as a result of Defendant's unlawful actions.

## FAIR LABOR STANDARDS ACT – OVERTIME WAGE VIOLATIONS

22.     Russo hereby incorporates paragraphs 1-21 of his Complaint.

23.     Defendant failed to compensate Russo fully and completely for all overtime wages earned by him.

24.     Defendant's actions have been willful and in reckless disregard of Russo's rights as protected by the FLSA.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Neil Russo, by counsel, respectfully requests that this Court find for him and order that:

1.      Defendant pay all lost wages, including overtime wages, to Russo;

2.      Defendant pay liquidated damages to Russo;

3.      Defendant pay pre- and post-judgment interest to Russo;

4.      Defendant pay Russo's attorneys' fees and costs incurred in litigating this action; and

5.      Defendant pay to Russo any and all other legal and/or equitable damages that this Court determines appropriate and just to grant.

Respectfully submitted,

*s/ John H. Haskin*
John H. Haskin, Attorney No. 7576-49

*s/ Bradley L. Wilson*
Bradley L. Wilson, Attorney No. 21154-49

*s/ Samuel M. Adams*
Samuel M. Adams, Attorney No. 28437-49

Attorneys for Plaintiff
Neil Russo

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:     (317)955-9500
Facsimile:      (317)955-2570
Email:            jhaskin@jhaskinlaw.com
                     bwilson@jhaskinlaw.com
                     sadams@jhaskinlaw.com