UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NEIL RUSSO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:18CV799-PPS/MGG |
| ) | |
| PLANET FORWARD, LLC d/b/a ) | |
| PLANET FORWARD ENERGY ) | |
| SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER AND JUDGMENT

Having considered the settlement agreement between Plaintiff and Defendant, and the entire record in the above-captioned action, and upon joint motion of the parties through their respective attorneys, the Court hereby finds as follows:

1. Plaintiff contends that he is due unpaid overtime under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.

2. Plaintiff's claims raised disputed issues of law and fact.

3. The parties have now finalized and entered into a settlement agreement with respect to Plaintiff's claims.

4. The settlement agreement has been presented to this Court, under seal, for review and approval, and, as such, is a "supervised" settlement under the FLSA. *See, e.g., Lynn's Food Stores, Inc. v. United States Department of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982).

5. Upon review, the court concludes the parties' settlement agreement is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Court GRANTS the Joint Motion for Approval Settlement Agreement and Issuance of Final Order [DE 12] and APPROVES the terms of the settlement agreement as fair, reasonable, appropriate, and in accordance with law, and incorporates by reference herein such settlement agreement; and

2. Consistent with such settlement agreement, this action is hereby DISMISSED with prejudice.

SO ORDERED this 21st day of February, 2019.

    /s/ Philip P. Simon    .
United States District Judge