AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

NEIL RUSSO

               Plaintiff(s)

v.                 **Civil Action No.**    3:18cv799

PLANET FORWARD LLC d/b/a
Planet Forward Energy Solutions LLC
               Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: this case is DISMISSED with prejudice

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on Motion for Approval of Settlement

DATE: 2/22/19          ROBERT TRGOVICH, CLERK OF COURT

                            by   s/Monica Clawson
                                 *Signature of Clerk or Deputy Clerk*